1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Land Rover LR3 Tire Wear Products Liability Litigation, | CASE NO. SACV 09-MDL-2008 AG (RNBx) |
| This document relates to: | |
| Counter v. Jaguar Land Rover North America, LLC, No. SACV 09-253 | [IN CHAMBERS] ORDER RE SEALING |
| Valliant v. Jaguar Land Rover North America, LLC, No. SACV 09-254 | |
| Greenwood, et al. v. Jaguar Land Rover North America, LLC, No. SACV 09-256 | |
| Lewinsky, et al. v. Jaguar Land Rover North America, LLC, No. SACV 09-257 | |
| Motley, et al. v. Jaguar Land Rover North America, LLC, No. SACV 09-347 | |

1  Concerning case number 09–MDL–2008, the Court ORDERS that Doc. Number 48 is
2  SEALED, and ORDERS the redacted version submitted by Defendant filed as of the date of the
3  original Order, June 16, 2010.  Further, this multidistrict litigation is comprised of multiple other
4  cases that have been consolidated in this Court, and each of the consolidated cases has its own
5  separate docket.  Thus, the Court also ORDERS sealed the following documents:
6      Doc. Number 23 in case number 8:09-cv-00253-AG-RNB;
7      Doc. Number 27 in case number 8:09-cv-00254-AG-RNB;
8      Doc. Number 38 in case number 8:09-cv-00256-AG-RNB;
9      Doc. Number 38 in case number 8:09-cv-00257-AG-RNB; and
10     Doc. Number 18 in case number 8:09-cv-00347-AG-RNB.
11 In each of these cases, the redacted version is ORDERED filed as of the date of the original
12 Order.

IT IS SO ORDERED.

DATED: July 1, 2010

_____
Andrew J. Guilford
United States District Judge