**FILED**

UNITED STATES COURT OF APPEALS

AUG 27 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| KENNETH GABLE, | No. 10-80136 |
|---|---|
| Plaintiff - Respondent, | D.C. No. 8:09-ml-02008-AG |
| v. | Central District of California, Santa Ana |
| LAND ROVER LR3 TIRE WEAR PRODUCTS LIABILITY LITIGATION, | ORDER |
| Defendant - Petitioner. | |



RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 2 7 2010
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

Before: LEAVY and THOMAS, Circuit Judges.

The petition for permission to appeal pursuant to 28 U.S.C. § 1453(c) is denied.

lc/MOATT