UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | MDL 09-2008-AG | Date | April 4, 2011 |
|---|---|---|---|
| Title | IN RE: LANDROVER LR3 TIREWEAR PRODUCTS | | |

| Present: The Honorable | ANDREW J. GUILFORD, U.S. District Judge | | |
|---|---|---|---|
| Lisa Bredahl | Denise Paddock | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

James Shah                                                    Martin Price
                                                                         Paul Werner

**Proceedings:** 1. DEFENDANT JAGUAR LAND ROVER NORTH AMERICA LLC'S TO DISMISS PLAINTIFFS' COMPLAINT IN ESTES v JAGUAR LAND ROVER NA, CASE NO. SACV 08-0255-AG(RNBx)
   2. HEARING RE: CLASS CERTIFICATION IN GABLE v JAGUAR LAND ROVER NORTH AMERICA, INC., CASE NO. SACV 07-0376-AG(RNBx); WOLIN v JAGUAR LAND ROVER NORTH AMERICA, INC., CASE NO. SACV 07-0627-AG(RNBx); AND GOMCSAK v JAGUAR LAND ROVER NORTH AMERICA, INC., CASE NO. SACV 07-1200-AG(RNBx)
   3. DEFENDANT JAGUAR LAND ROVER NORTH AMERICA LLC'S TO DISMISS COUNTS III AND IV OF PLAINTIFF'S COMPLAINT IN COUNTER v JAGUAR LAND ROVER NA, CASE NO. SACV 09-0253-AG(RNBx)
   4. DEFENDANT JAGUAR LAND ROVER NORTH AMERICA LLC'S TO DISMISS SECOND, THIRD AND FOURTH CAUSES OF ACTION IN PLAINTIFF'S COMPLAINT IN LEWINSKY v JAGUAR LAND ROVER NA, CASE NO. SACV 09-0257-AG(RNBx)
   5. DEFENDANT JAGUAR LAND ROVER NORTH AMERICA LLC'S TO DISMISS THE SECOND AND THIRD CAUSES OF ACTION IN PLAINTIFF'S COMPLAINT IN GREENWOOD v JAGUAR LAND ROVER NORTH AMERICA, LLC, CASE NO. SACV 09-0256-AG(RNBx)

Cause is called for hearing and counsel make their appearances.  Matters are argued and taken under submission.

                                                                                      _____ : 40

                                                         Initials of Preparer    lmb