MAURIELLO LAW FIRM, APC
Thomas D. Mauriello (SBN 144811)
1181 Puerta Del Sol, Suite 120
San Clemente, CA 92673
Telephone: (949) 542-3555
Facsimile: (949) 606-9690
tomm@maurlaw.com

Colm A. Moran (Cal. Bar No. 202685)
HOGAN LOVELLS US LLP
1999 Avenue of the Stars,
Suite 1400
Los Angeles, California  90067
Telephone:  (310) 785-4600
Facsimile:  (310) 785-4601
colm.moran@hoganlovells.com

JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Land Rover LR3 Tire Wear Products Liability Litigation | Case No. 08:09-ML-2008 AG |
| This document relates to: | **ORDER OF DISMISSAL** |
| Gable v. Jaguar Land Rover North America, LLC, C.A. No. 8:07-376 | |
| Wolin v. Jaguar Land Rover North America, LLC, C.A. No. 8:07-627 | **Judge:  Hon. Andrew J. Guilford**<br>**Courtroom:  10D** |
| Gomcsak v. Jaguar Land Rover North America, LLC, C.A. No. 8:07-1200 | |
| Estes, *et al.* v. Jaguar Land Rover North America, LLC, C.A. No. 2:08-4408 | |
| Greenwood, *et al.* v. Jaguar Land Rover North America, LLC, C.A. No. 2:08-1449 | |
| Lewinsky, *et al.* v. Jaguar Land Rover North America, LLC, C.A. No. 2:08-790 | |

Pursuant to the foregoing stipulation of the parties and pending the effective date of the settlement in *Colon et al., v. Jaguar Land Rover North America, LLC*, No. 1-06-CV-075163 (Cal. Sup. Ct.), and good cause appearing

therefor,

        IT IS HEREBY ORDERED that the above-captioned actions are DISMISSED WITHOUT PREJUDICE.

DATED: _July 23, 2013

_____

HON. ANDREW J. GUILFORD
U.S. DISTRICT COURT JUDGE